UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-00653-MRA-JC <br> 2:24-cv-11167-MRA-JC <br> 2:25-cv-00004-MRA-JC <br> 2:25-cv-01989-MRA-JC | Date | June 11, 2025 |
|---|---|---|---|
| Title | *Javaughny Jenkins v. Envoy Air Inc. et al* <br> *Lorraine Melania Marquez v. ER Envoy Air Inc. et al* <br> *Cleophus V. Adair et al v. Envoy Air Inc. et al* <br> *Christian Bustillo v. Envoy Air Inc. et al* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER STAYING ACTIONS PENDING FINAL SETTLEMENT, REMOVING CASES FROM ACTIVE CASELOAD**

   Having been advised by counsel that the above-entitled case and related matters have been settled (Dkt. 18, Joint Status Report filed in case no. 2:25-cv-00653-MRA-JC), the Court hereby orders all proceedings in these related cases stayed and taken off calendar, thereby removing these matters from the Court's active caseload. The parties "anticipate stipulating to remand this action to state court as part of the settlement." *Id.* at 3. To allow sufficient time to complete the settlement and file a Stipulation to Remand in each case, the Court retains jurisdiction for 120 days to vacate this order and reopen the cases upon a written showing of good cause that the settlement has not been completed.

   Any outstanding Orders to Show Cause are discharged.

   **IT IS SO ORDERED.**

|  | - : - |
|---|---|
| Initials of Deputy Clerk | gga |